UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNIE WALTERS, | ) |
| Petitioner, | ) CASE NO.  C05-854-JCC |
| | ) (CR04-087-JCC) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) ORDER DENYING MOTION |
| | ) UNDER 28 U.S.C. § 2255 |
| Respondent. | ) |

The Court, having reviewed the motion for relief under 28 U.S.C. § 2255, the Report and Recommendation of Judge James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's motion for relief under 28 U.S.C. § 2255 (Dkt. No. 1) is DENIED.

(4) The Clerk is directed to send copies of this Order to petitioner, to the United States Attorney, and to Judge Donohue.

DATED this 14th day of October, 2005.

*/s/ John C. Coughenour*

John C. Coughenour
United States District Judge

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255 - 1